**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

This is to certify that a copy of the Trustee's Final Report has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL on:  12/27/13        By /s/Heather M. Fagan